UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALBERT PAUL

CIVIL ACTION

VERSUS

NUMBER: 11-3196

NEW ORLEANS SHERIFF
THROUGH THE NEW ORLEANS
PARISH SHERIFF'S DEPT.

SECTION: "N"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 14th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

Paul # 11-3196